In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00157-CV
_____

IN RE SGS NORTH AMERICAN, INC. AND TERRY ASHWORTH

**Original Proceeding**
**58th District Court of Jefferson County, Texas**
**Trial Cause No. A-199,537**

MEMORANDUM OPINION

Relators, SGS North American, Inc. and Terry Ashworth, filed a petition for writ of mandamus complaining of the trial court's April 24, 2018 order compelling appearance and production of documents under subpoena in an arbitration hearing. Real Party In Interest, Trans-Global Solutions, Inc., ("TGS"), filed a motion to dismiss the proceeding as moot. TGS represents to this Court that the previously issued subpoena is now ineffective and unenforceable and that Relators are unopposed to the motion.

We grant the motion, lift our stay order of April 25, 2018, and dismiss the petition for writ of mandamus as moot.

PETITION DISMISSED.

PER CURIAM

Submitted on May 23, 2018
Opinion Delivered May 24, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.